**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE:                                                    §
                                                         §        **CASE NO. 16-26914-VFP**
**ALEXANDER  CARDONA**                                    §
      **DEBTOR**              §

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Specialized Loan Servicing, LLC as servicing agent for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee** | **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 c/o Wells Fargo Bank, N.A.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC
    8742 Lucent Blvd, Suite 300
    Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx5949**

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing, LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx5949**

Court Claim # (if known): 2-1
Amount of Claim:  $426,939.59
Date Claim Filed:  01/17/2017

Phone: (800) 274-7025
Last Four Digits of Acct.#: 6364

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mukta Suri
    Transferee/Transferee's Agent
                           Date:           12/21/2018

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

Alexander Cardona

Debtor.

Case No : 16-26914-VFP

Chapter: 13

Adv. No.:_____

Hearing Date: _____ at _____

Judge: Vincent F. Papalia

**CERTIFICATION OF SERVICE**

1. I, <u>Mukta Suri</u> : ____

   ☑ represent the <u>Creditor</u> in this matter.

   ☐ am the secretary/paralegal for _____ who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>12/21/201</u>8 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   • Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

12/21/2018
Date

/s/ Mukta Suri
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alexander  Cardona<br>43 Harrison Street<br>Morristown, NJ 07960-3829 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable *) |
| Russell L. Low<br>Low & Low<br>505 Main St<br>Suite 304<br>Hackensack, NJ 07601-5925 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.