RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 16-26914

| Re: | ALEXANDER CARDONA<br>43 HARRISON STREET<br>MORRISTOWN, NJ 07960 | Atty: | RUSSELL L LOW ESQ<br>LOW & LOW ESQS<br>505 MAIN STREET, SUITE 304<br>HACKENSACK, NJ 07601 |
|---|---|---|---|

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $18,750.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2016 | $260.00 | 19689810197 | 10/25/2016 | $260.00 | 3424195000 - |
| 12/02/2016 | $260.00 | 3521072000 - | 12/29/2016 | $260.00 | 3585174000 - |
| 02/06/2017 | $260.00 | 3688094000 - | 03/02/2017 | $260.00 | 3762195000 - |
| 03/29/2017 | $260.00 | 3831918000 - | 05/03/2017 | $260.00 | 3935582000 - |
| 06/02/2017 | $260.00 | 4010030000 - | 07/10/2017 | $260.00 | 4113602000 - |
| 09/05/2017 | $260.00 | 4253099000 - | 10/10/2017 | $260.00 | 4353323000 - |
| 11/13/2017 | $266.00 | 4434747000 - | 01/03/2018 | $334.00 | 4568032000 - |
| 02/05/2018 | $266.00 | 4649397000 - | 03/08/2018 | $268.00 | 4737403000 - |
| 04/11/2018 | $262.00 | 4826087000 | 04/27/2018 | $260.00 | 4865186000 |
| 06/04/2018 | $260.00 | 4959138000 | 08/15/2018 | $361.00 | 5153680000 |
| 09/07/2018 | $361.00 | 5215061000 | 10/10/2018 | $361.00 | 5302668000 |
| 11/20/2018 | $361.00 | 5406192000 | | | |

**Total Receipts: $6,480.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $6,480.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 366.47 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,600.00 | 100.00% | 6,134.11 | 465.89 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 16-26914**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0010 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MAZDA AMER CR | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SKYLANDS BK | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | SNAP ON CRDT | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SYNCB/ELECTRONICS EXPO | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SYNCB/SONY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SYNCHRONY BANK/6TH AVE ELEC | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | SYNCHRONY BANK/FUNANCING | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK/WALMART | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | VISA DEPT STORE NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0024 | AMERICAN INFOSOURCE LP | UNSECURED | 387.28 | * | 0.00 | |
| 0025 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | VISA DEPT STORE NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $6,500.58**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $6,480.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $6,500.58    =    Funds on Hand: $340.42

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.