Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−26914−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alexander Cardona
  43 Harrison Street
  Morristown, NJ 07960

Social Security No.:
  xxx−xx−1498

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 21, 2016.

On 1/17/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 February 21, 2019
Time:                08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 17, 2019
JAN: dlr

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander Cardona  
    Debtor

Case No. 16-26914-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Jan 17, 2019 |
|---|---|---|---|
| | Form ID: 185 | Total Noticed: 28 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.
```
db             +Alexander Cardona,    43 Harrison Street,    Morristown, NJ 07960-3829
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516373609      +BARCLAYS BANK DELAWARE,    PO BOX 8801,    WILMINGTON, DE 19899-8801
516373612      +CHASE CARD,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516373614      +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516373613      +CHASE CARD SERVICES,    CORRESPONDENCE DEPT,    PO BOX 15278,    WILMINGTON, DE 19850-5278
516373616      +CITIBANK,    CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,    S LOUIS, MO 63179-0040
516373617      +CITIBANK/THE HOME DEPOT,    CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,
                 S LOUIS, MO 63179-0040
516373620     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:    MAZDA AMER CR,    FORD CREDIT,    PO BOX 6275,    DEARBORN, MI 48121)
516373622      +SNAP ON CRDT,    ATTN: BANKRUPTCY,    950 TECHNOLOGY WAY SUITE 301,
                 LIBERTYVILLE, IL 60048-5339
517934322      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516596872       U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516373629      +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
516373631      +WELLS FARGO HOME MTG (DBA) AMERICAS SERV,    1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,
                 EAGAN, MN 55121-1786
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2019 00:10:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2019 00:10:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516387200       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2019 00:22:55
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
516373610      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2019 00:08:48      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
516373611      +E-mail/Text: bk.notifications@jpmchase.com Jan 18 2019 00:10:38      CHASE AUTO FINANCE,
                 NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
516373618      +E-mail/Text: mrdiscen@discover.com Jan 18 2019 00:09:52      DISCOVER FINANCIAL,    PO BOX 3025,
                 NEW ALBANY, OH 43054-3025
516373619      +E-mail/Text: bknotice@ercbpo.com Jan 18 2019 00:10:57      ERC/ENHANCED RECOVERY CORP,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
516373621      +E-mail/Text: bankruptcy@fult.com Jan 18 2019 00:11:56      SKYLANDS BK,    176 MOUNTAIN AVE,
                 HACKETTSTOWN, NJ 07840-2412
516373623      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      SYNCB/ELECTRONICS EXPO,
                 SYNCHRONY BANK,    PO BOX 965064,    ORLANDO, FL 32896-5064
516373624      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      SYNCB/SONY FINANCIAL,
                 PO BOX 103104,    ROSWELL, GA 30076-9104
516373625      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      SYNCHRONY BANK/6TH AVE ELEC,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516373626      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      SYNCHRONY BANK/FUNANCING,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
516373627      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      SYNCHRONY BANK/PC RICHARD,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
516373628      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56      SYNCHRONY BANK/WALMART,
                 PO BOX 965064,    ORLANDO, FL 32896-5064
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516373607*     +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516373608*     +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516373615*     +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517934323*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516373630*     +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
516373606    ##+BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                Page 2 of 2                   Date Rcvd: Jan 17, 2019
                               Form ID: 185               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:

        James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 jpshay@mdwcg.com,  jpshay@gmail.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com

        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com

        Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com

        Russell L. Low    on behalf of Debtor Alexander  Cardona rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

        TOTAL: 6