UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Alexander Cardona

**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   16-26914

Chapter:   13

Judge:   VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  November 14, 2016  :

Property:  43 Harrison Street Morristown NJ 07690

Creditor:  Wells Fargo Bank N.A.

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by  Russell L. Low , and for good cause shown

❏ Early Termination of the Loss Mitigation Period having been filed by  _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  12/14/19  .

The Loss Mitigation Period is terminated, effective  _____  .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander Cardona  
       Debtor

Case No. 16-26914-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2019  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.  
db            +Alexander Cardona,    43 Harrison Street,    Morristown, NJ 07960-3829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:  
           James Patrick Shay     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 jpshay@mdwcg.com, jpshay@gmail.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Michael Frederick Dingerdissen     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com  
           Nicholas V. Rogers     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com  
           Rebecca Ann Solarz     on behalf of Creditor     Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
           Russell L. Low     on behalf of Debtor Alexander Cardona rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                                               TOTAL: 6