UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

**Order Filed on October 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ALEXANDER CARDONA,

Debtor,

| | |
|---|---|
| Case No.: | 16-26914-VFP |
| Chapter: | Papalia |
| Judge: | 13 |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___November 10, 2016___ :

Property:   43 Harrison Street, Morristown, NJ 07960
            Specialized Loan Servicing, LLC as Servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB
Creditor:   Mortgage-Backer Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee ("Creditor*")

and a Request for

☐   Extension of the 90 day Loss Mitigation Period having been filed by _____,
    and for good cause shown

☒   Early Termination of the Loss Mitigation Period having been filed by _____ Creditor * _____,
    and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ October 11, 2019 _____ .

*Revised 9/19/13*

2