| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br><br>Bernstein-Burkley, P.C.<br>Keri P. Ebeck, Esquire<br>Bar No. 262092017<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112 | **Order Filed on October 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>ALEXANDER CARDONA,<br><br>       Debtor, | Case No.:<br><br>Chapter:<br><br>Judge: | 16-26914-VFP<br><br>Papalia<br><br>13 |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 16, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 10, 2016__ :

Property: 43 Harrison Street, Morristown, NJ 07960

Creditor: Specialized Loan Servicing, LLC as Servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backer Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee ("Creditor*")

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by _____Creditor *_____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____October 11, 2019_____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-26914-VFP
Alexander Cardona                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 17, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db              +Alexander Cardona,    43 Harrison Street,    Morristown, NJ 07960-3829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-10 jpshay@mdwcg.com,    jpshay@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Speciallized Loan Servicing, LLC as Servicer for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backer Pass-Through Certificates,
               Series 2005-10, U.S. Bank National Association, a kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association,
               as Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Alexander  Cardona rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                 TOTAL: 7