**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    ALEXANDER CARDONA

Order Filed on December 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-26914 VFP**

**Hearing Date:  12/5/2019**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  ALEXANDER CARDONA

Case No.:  16-26914

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/05/2019 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to re-enter the Loss Mitigation Program by 12/12/2019 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a motion to re-enter the Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.