Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 16−26914−VFP
                                Chapter: 13
                                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander Cardona
   43 Harrison Street
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−1498

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 18, 2020
JAN: mcp

                                                                                                           Jeanne Naughton
                                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-26914-VFP
Alexander Cardona                                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Feb 18, 2020
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db            +Alexander Cardona,    43 Harrison Street,     Morristown, NJ 07960-3829
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516373622     +SNAP ON CRDT,    ATTN: BANKRUPTCY,    950 TECHNOLOGY WAY   SUITE 301,
                LIBERTYVILLE, IL 60048-5339
517934322     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516596872      U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE et.al.,    Wells Fargo Bank, N.A.,
                Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516373629     +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:21     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516387200      EDI: AIS.COM Feb 19 2020 06:38:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516373606     +EDI: BANKAMER.COM Feb 19 2020 06:38:00      BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,
                GREENSBORO, NC 27420-6012
516373609     +EDI: TSYS2.COM Feb 19 2020 06:38:00      BARCLAYS BANK DELAWARE,    PO BOX 8801,
                WILMINGTON, DE 19899-8801
516373610     +EDI: CAPITALONE.COM Feb 19 2020 06:38:00      CAPITAL ONE,    PO BOX 30285,
                SALT LAKE CITY, UT 84130-0285
516373611     +EDI: CAUT.COM Feb 19 2020 06:38:00      CHASE AUTO FINANCE,    NATIONAL BANKRUPTCY DEPT,
                201 N CENTRAL AVE MS AZ1-1191,    PHOENIX, AZ 85004-1071
516373612     +EDI: CHASE.COM Feb 19 2020 06:38:00      CHASE CARD,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                WILMINGTON, DE 19850-5298
516373613     +EDI: CHASE.COM Feb 19 2020 06:38:00      CHASE CARD SERVICES,    CORRESPONDENCE DEPT,
                PO BOX 15278,    WILMINGTON, DE 19850-5278
516373614     +EDI: CHASE.COM Feb 19 2020 06:38:00      CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,
                PO BOX 15298,    WILMINGTON, DE 19850-5298
516373616     +EDI: CITICORP.COM Feb 19 2020 06:38:00      CITIBANK,    CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,
                PO BOX 790040,    S LOUIS, MO 63179-0040
516373617     +EDI: CITICORP.COM Feb 19 2020 06:38:00      CITIBANK/THE HOME DEPOT,
                CITICORP CR SRVS/CENTRALIZED BANKRUPTCY,    PO BOX 790040,    S LOUIS, MO 63179-0040
516373618     +EDI: DISCOVER.COM Feb 19 2020 06:38:00      DISCOVER FINANCIAL,    PO BOX 3025,
                NEW ALBANY, OH 43054-3025
516373619     +E-mail/Text: bknotice@ercbpo.com Feb 19 2020 02:33:33     ERC/ENHANCED RECOVERY CORP,
                8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
516373620      EDI: FORD.COM Feb 19 2020 06:38:00      MAZDA AMER CR,    FORD CREDIT,    PO BOX 6275,
                DEARBORN, MI 48121
516373621     +E-mail/Text: bankruptcy@fult.com Feb 19 2020 02:34:29     SKYLANDS BK,    176 MOUNTAIN AVE,
                HACKETTSTOWN, NJ 07840-2434
516373623     +EDI: RMSC.COM Feb 19 2020 06:38:00      SYNCB/ELECTRONICS EXPO,    SYNCHRONY BANK,
                PO BOX 965064,    ORLANDO, FL 32896-5064
516373624     +EDI: RMSC.COM Feb 19 2020 06:38:00      SYNCB/SONY FINANCIAL,    PO BOX 103104,
                ROSWELL, GA 30076-9104
516373625     +EDI: RMSC.COM Feb 19 2020 06:38:00      SYNCHRONY BANK/6TH AVE ELEC,    PO BOX 965064,
                ORLANDO, FL 32896-5064
516373626     +EDI: RMSC.COM Feb 19 2020 06:38:00      SYNCHRONY BANK/FUNANCING,    PO BOX 965064,
                ORLANDO, FL 32896-5064
516373627     +EDI: RMSC.COM Feb 19 2020 06:38:00      SYNCHRONY BANK/PC RICHARD,    C/O PO BOX 965036,
                ORLANDO, FL 32896-0001
516373628     +EDI: RMSC.COM Feb 19 2020 06:38:00      SYNCHRONY BANK/WALMART,    PO BOX 965064,
                ORLANDO, FL 32896-5064
516373631     +EDI: WFFC.COM Feb 19 2020 06:38:00      WELLS FARGO HOME MTG (DBA) AMERICAS SERV,
                1000 BLUE GENTIAN RD. #300,    MAC #X7801-02K,    EAGAN, MN 55121-1786
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516373607*    +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516373608*    +BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,    GREENSBORO, NC 27420-6012
516373615*    +CHASE CARD SERVICES,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517934323*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516373630*    +VISA DEPT STORE NATIONAL BANK,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
                                                                                        TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 18, 2020
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association,
               as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED PASS-THROUGH
               CERTIFICATES, SERIES 2005-10 shay@bbs-law.com,    jpshay@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Speciallized Loan Servicing, LLC as Servicer for Credit
               Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backer Pass-Through Certificates,
               Series 2005-10, U.S. Bank National Association, a kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS
               TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2005-10 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association,
               as Trustee rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Alexander   Cardona ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 7
```